1  Joseph A. Meckes  (State Bar No. 190279)
   joseph.meckes@squirepb.com
2  Noriyuki Shimoda (State Bar No. 176973)
   noriyuki.shimoda@squirepb.com
3  SQUIRE PATTON BOGGS (US) LLP
   275 Battery Street, Suite 2600
4  San Francisco, California  94111
   Telephone:      +1 415 954 0200
5  Facsimile:       +1 415 393 9887

6  David S. Elkins (State Bar No. 148077)
   david.elkins@squirepb.com
7  SQUIRE PATTON BOGGS (US) LLP
   600 Hansen Way
8  Palo Alto, California 94304
   Telephone:      +1.650.856.6500
9  Facsimile:       +1.650.843.8777

10 Attorneys for Plaintiffs
   TEIKOKU SEIYAKU CO., LTD. and
11 TEIKOKU PHARMA USA, INC.

**IT IS SO ORDERED**
*Judge Edward J. Davila*
Dated: 12/1/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEIKOKU PHARMA USA, INC., a California corporation, and TEIKOKU SEIYAKU CO., LTD., a Japan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ENDO PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:14-cv-02803-EJD<br><br>**Judge:     Edward J. Davila**<br>**Place:     Courtroom 4, 5th Floor**<br><br>**NOTICE OF DISMISSAL**<br>Fed. R. Civ. P. 41(a)(1)(A)<br><br>Action Filed:     June 17, 2014 |

NOTICE OF DISMISSAL – CASE NO. 5:14-cv-02803-EJD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiffs TEIKOKU PHARMA USA, INC. and TEIKOKU SEIYAKU CO., LTD. hereby dismiss this Action with prejudice.

The Clerk shall close this file.

Dated: November 26, 2014

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: <u>   /s/ Joseph A. Meckes   </u>
      Joseph A. Meckes

Attorneys for Plaintiffs
TEIKOKU SEIYAKU CO., LTD. and
TEIKOKU PHARMA USA, INC.